ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (303) 844-6232
E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TYRONE L. WHITE,

        Plaintiff,

    vs.

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:24-cv-02068-EFB

STIPULATION AND ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that that Plaintiff be awarded attorney fees and expenses in the amount of TWELVE THOUSAND, FIVE HUNDRED DOLLARS ($12,500.00) under the EAJA, 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

Plaintiff was the prevailing party in this matter and Plaintiff is an individual whose net worth did not exceed $2,000,000 at the time the civil action was filed. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the

Stip. for Ext.; 2:24-CV-02068-EFB          1

agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel, including Counsel's firm, may have relating to EAJA attorney fees in connection with this action.

The parties further agree that the EAJA award is without prejudice to the right of Plaintiff's attorney to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, John D. Metsker DBA The Metsker Law Firm. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff, but delivered to Plaintiff's attorney, John D. Metsker DBA The Metsker Law Firm, PC.

Respectfully submitted,

Dated:  November 21, 2025              /s/  *John Metsker**
                                       (*as authorized via e-mail on November 20, 2025)
                                       JOHN METSKER
                                       Attorney for Plaintiff

Dated:  November 21, 2025              ERIC GRANT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Head of Program Litigation 1
                                       Law & Policy
                                       Social Security Administration

                                 By:   /s/  *Noah Schabacker*
                                       NOAH SCHABACKER

Stip. for Ext.; 2:24-CV-02068-EFB                    2

Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Having considered the Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(b), IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of TWELVE THOUSAND, FIVE HUNDRED DOLLARS ($12,500.00) pursuant to 28 U.S.C. § 2412(d).

DATED:  Feebruary 26, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE